UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

C. A. No.1:09-cv-12062-PBS

**SARIS, D.J.:**

**ORDER OF ADMINISTRATIVE STAY/CLOSING**

It is hereby ordered that the above entitled case is stayed/closed. A Case Management Order regarding the State of Mississippi cases was issued on May 4, 2011 [Document No. 31 ] creating a Subcategory case, and all future pleadings will be filed in the SUBCATEGORY CASE C.A. No. 1:09-cv-12056 as well as LEAD DOCKET C.A. No. 1:01-cv-12257. To avoid the necessity of counsel appearing at periodic status conferences, it is hereby **ORDERED**:

The above-entitled action is hereby stayed/closed administratively without prejudice to the right of any party to restore it to the active docket.

Dated:5/09/2011                                       /s/ Jennifer Anderson
                                                              Deputy Clerk